# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:19-cr-00099 |
| | ) | |
| TIMOTHY WISEMAN | ) | |

## ORDER AMENDING JUDGMENT

On August 27, 2020, Timothy Wiseman was sentenced to 144 months imprisonment and the judgment correctly reflected that sentence. (Doc. No. 50 at 2). However, the Government has filed an unopposed Motion to Correct Sentence (Doc. No. 1), in which it points out that "the mandatory minimum sentence of 60 months for Count Three is not imposed consecutively to the sentence for Count One; there is merely a total number of months of imprisonment detailed," and this constitutes "a technical error which must be corrected in order for the sentence in this case to adhere to the statutory mandate in Count Three." (Doc. No. 51 at 2).

The Government's Motion to Correct (Doc. No. 51) is hereby **GRANTED.** The Judgment is **AMENDED** to provide:

The defendant is hereby committed to the custody of the Federal Bureau of Prisons

to be imprisoned for a total term of:

144 months, *consisting of 84 months on Count One, and a consecutive sentence of 60 months on Count Three.*

In all other respects the Judgment remains the same.

The Clerk shall forward a copy of this Order to the Bureau of Prisons.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE